IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL STAUFFER,** | : | CIVIL ACTION NO. 1:15-CV-1542 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NAVIENT SOLUTIONS, LLC,** | : | |
| | : | |
| Defendant | : | |

## ORDER & JUDGMENT

AND NOW, this 13th day of March, 2017, upon consideration of the motion (Doc. 33) for summary judgment filed by defendant Navient Solutions, LLC,[1] and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 12) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendant and against plaintiff on the sole count in plaintiff's amended complaint.

3. The Clerk of Court is directed to CLOSE this case

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] By notice filed February 16, 2017, the defendant advised the court of a change in its corporate name from "Navient Solutions, Inc." to "Navient Solutions, LLC." (Doc. 41).